■ In the Matter of VITO DEL SORDO et al., Appellants, v MARK BUSALACHI, Respondent. [608 NYS2d 134] —Order unanimously reversed on the law without costs, petition reinstated and matter remitted to Erie County Family Court for further proceedings in accordance with same Memorandum as in *Matter of Del Sordo v Maholsic* (199 AD2d 1038 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.—Custody.) Present—Green, J. P., Balio, Lawton, Fallon and Davis, JJ.